**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

SAMUEL RAYNER, individually and on behalf all others similarly situated,

Plaintiff,

v.

RESORT DATA PROCESSING, INC.,

Defendant.

Case No. 1:25-cv-01031

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Samuel Rayner files this notice of dismissal with prejudice. Defendant Resort Data Processing, Inc. has not filed an answer or motion for summary judgment. Plaintiff asks that the above-entitled action be dismissed in its entirety, with prejudice, as to all parties and claims.

Dated: August 25, 2025.

Respectfully submitted,

*/s/ Jeff Ostrow*

Jeff Ostrow
KOPELOWITZ OSTROW P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Phone: (954) 332-4200
Email: ostrow@kolawyers.com

*Attorneys for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2025, a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties on the service list.

*/s/ Jeff Ostrow*
Jeff Ostrow